UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jermeal White,

    Plaintiff,

        v.                   Case No. 1:19cv470

R. Erdos, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 17, 2019 (Doc. 6) and Plaintiff's Response to Report and Recommendation (Doc. 7).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). In Plaintiff's Response, he states that he "does not dispute or disagree with anything inregard to the report and recommendation" of the Magistrate Judge. Nor does the Court.

Accordingly, it is **ORDERED** that the R&R (Doc. 6) of the Magistrate Judge is hereby **ADOPTED,** and consistent her recommendation, the complaint is dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the exception of plaintiff's excessive force claim against defendant Dunlap.

**IT IS SO ORDERED.**

                                          s/ *Michael R. Barrett*
                                          Michael R. Barrett, Judge
                                          United States District Court