UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jermeal White,

    Plaintiff,

        v.                              Case No. 1:19cv470

Warden R. Erdos, *et al.*,          Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 4, 2020 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 19) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 19) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, plaintiff's Motion for Preliminary Injunction/Temporary Restraining Order (Doc. 18) is **DENIED**.

    **IT IS SO ORDERED.**

                                            /s/ *Michael R. Barrett*
                                            Michael R. Barrett, Judge
                                            United States District Court